LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-02568-BRO (SPx) | Date | April 15, 2016 |
|---|---|---|---|
| Title | MICHAEL G STRADER ET AL V. BUDGET MORTGAGE CORP. ET AL | | |

Present: The Honorable   **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE
## RE: FAILURE TO OPPOSE

Pending before the Court is Defendants Budget Mortgage Corp. and Budget Finance Company's (collectively, "Defendants") Motion to Compel Arbitration. (Dkt. No. 11.) The hearing on this Motion is set for April 25, 2016. (*See id.*) Under the Central District's Local Rules, a party must oppose a motion at least twenty-one days prior to the scheduled hearing date. *See* C.D. Cal. L.R. 7-9. Thus, Plaintiffs Michael G. Strader and Sandra E. Brautigam-Strader's (collectively, "Plaintiffs") opposition, if any, was due no later than April 11, 2016. To date, Plaintiffs have filed no opposition to Defendants' Motion. (*See* Dkt. No. 13 (Defs.' Notice of Non-Receipt of Opp'n).) Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion." *See* C.D. Cal. L.R. 7-12.

Accordingly, Plaintiffs are **ORDERED TO SHOW CAUSE** as to why the Court should not grant Defendants' Motion. **Both (1) Plaintiffs' response to this Order and (2) Plaintiffs' opposition to Defendants' Motion, if any, shall be filed by no later than Wednesday, April 20, 2016, at 4:00 p.m.** An appropriate response will include reasons demonstrating good cause for Plaintiffs' failure to timely oppose. If Plaintiffs fail to respond, the Court may grant Defendants' Motion to Compel Arbitration.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |